1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Brooke Angela Slade

7

**UNITED STATES DISTRICT COURT**
8  **CENTRAL DISTRICT OF CALIFORNIA**
   **SOUTHERN DIVISION**
9

10

11 | BROOKE ANGELA SLADE,          ) Case No.: 2:13-cv-07021-JPR
                                  )
12 |                              ) ORDER OF DISMISSAL
             Plaintiff,           )
13 |                              )
       vs.                        )
14 | CAROLYN W. COLVIN, Acting    )
   Commissioner of Social Security, )
15 |                              )
                                  )
16 |          Defendant.           )
                                  )
17 |_____)

18
   The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
   IT IS SO ORDERED.
21 DATE: June 12, 2014
                                    _____
22                                  THE HONORABLE JEAN P. ROSENBLUTH
                                    UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-1-